UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA BROWN,

    Plaintiff,

vs.                                    Case No.: 8:10-CV-1749-T-27AEP

GULF COAST JEWISH FAMILY SERVICES, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 46), which recommends that Defendant's motion for summary judgment (Dkt. 13) be granted in part and denied in part, and that Defendant's motion to strike (Dkt. 29) be granted in part and denied in part. Neither party has filed timely objections.

After careful consideration of the Report and Recommendation in conjunction with an independent review of the file, the Report and Recommendation (Dkt. 46) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

1) Defendant's motion for summary judgment (Dkt. 13) is GRANTED *in part*, to the extent that partial summary judgment is entered in favor of Defendant as to the portion of Plaintiff's claim related to the improper calculation of overtime compensation due to shift differentials. Defendant's motion for summary judgment is DENIED in all other respects.

2) Defendant's motion to strike (Dkt. 29) is GRANTED *in part*, to the extent that the affidavit of Nancy Tyner is STRICKEN. The motion to strike is DENIED in all other respects.

**DONE AND ORDERED** in this 7$^{72}$ day of September, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record